In the Matter of the Probate of the Will of Ivo F. HOECHLE, JR., Deceased. KENNETH W. HASLAM et al., as Executors of Ivo F. HOECHLE, JR., Deceased, Respondents; VETERANS OF FOREIGN WARS NATIONAL HOME, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*Joseph Carl Thomson* and *John J. McGinty* for motion.
*Maurice J. Giaimo* and *Frank M. Nicolosi* opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.